Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-09-00623-CR

The **STATE** of Texas,
Appellant

v.

Jose Adelso **PINCHE-ALVAREZ**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 4605
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  February 3, 2010

DISMISSED

      The State has filed a motion to dismiss this appeal by withdrawing its notice of appeal.

The motion is granted and this appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).


                                    PER CURIAM

DO NOT PUBLISH